Petition No. 22-11052

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Soul Quest Church of Mother Earth, Inc., and Christopher Young | ) ) ) ) |
| Petitioners. | ) ) |
| v. | ) ) |
| Attorney General of the United States, Administrator, U.S. Drug Enforcement Administration, U.S. Drug Enforcement Administration | ) ) ) ) ) ) |
| Respondents, | ) ) ) |

**PETITIONERS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

In compliance with Fed. R. App. P. 26.1, 11th Cir. R. 26.1-1, and 11th Cir. R. 26.1-3, the undersigned hereby certifies that the following persons and entities have an interest in the outcome of this case:

1. Barkley, Mary, former associate attorney at the firm of A. Brian Phillips, P.A. and former co-counsel for Petitioners;

2. Berger, Wendy W., United States District Court Judge;

3. Brett, Derek B., Attorney for Petitioners;

4. Gaffney, Michael James, United States Attorney;

C-1 OF 3

Petition No. 22-11052
Soul Quest Church of Mother Earth, Inc., *et al,*
*v.* Attorney General of the United States, *et al,*

5. Hancock, Kevin P., Former Attorney for Petitioners;

6. Irick, Daniel C., United States Magistrate Judge;

7. Phillips, Andrew Brian, attorney for Petitioners;

8. Straus-Harris, Julie, United States Attorney;

9. Sturgill, Lowell V., United States Attorney;

10. Young, Christopher, Petitioner;

11. Young, Verena, Officer and Member of Petitioner, Soul Quest Church of Mother Earth, Inc.,

No publicly traded company or corporation has an interest in the outcome of this appeal.

| | |
|---|---|
| *s/Derek B. Brett, Esq.* | *s/A. Brian Phillips, Esq.* |
| **DEREK B. BRETT, ESQ.** | **A. BRIAN PHILLIPS, ESQ.** |
| Fla. Bar No. 0090750 | Fla. Bar No. 0067113 |
| **BURNSIDE LAW GROUP** | **A. BRIAN PHILLIPS, P.A.** |
| 202 Brownlow Avenue, Suite 400 | 912 Highland Avenue |
| Dartmouth, NS, Canada B3B 1T5 | Orlando, Florida 32803 |
| Telephone: (902) 468-3066 | Telephone: (407) 872-0777 |
| Telecopier: (902) 468-4803 | Telecopier: (407) 872-0704 |
| Email:dbb@burnsidelaw.net | Email: Brian.Phillips@Phillips-Law-Firm.com |
| Lead Counsel for Petitioners | Local Counsel for Petitioners |

Petition No. 22-11052
Soul Quest Church of Mother Earth, Inc., *et al,*
*v.* Attorney General of the United States, *et al,*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2nd, 2022, I filed a copy of the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit via the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service on them will be accomplished by the CM/ECF system.

        s/ A. Brian Phillips
        **A. BRIAN PHILLIPS, ESQ.**
        Florida Bar No.: 0067113
        **A. BRIAN PHILLIPS, P.A.**
        912 Highland Avenue
        Orlando, Florida 32803
        Telephone: (407) 872-0777
        Telecopier: (407) 872-0704
        Email:
        Brian.Phillips@Phillips-Law-Firm.com
        Local Counsel for Petitioners