# *SOUL QUEST CHURCH OF MOTHER EARTH, INC. ET AL. V. U.S. DRUG ENFORCEMENT ADMINISTRATION, ET AL.*, NO. 22-11052 (11TH CIR.)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for respondents U.S. Drug Enforcement Administration; U.S. Attorney General; and Administrator, U.S. Drug Enforcement Administration hereby certify that the following have an interest in the outcome of this appeal:

Soul Quest Church of Mother Earth, Inc. (petitioner)

Young, Christopher (petitioner)

U.S. Drug Enforcement Administration (respondent)

U.S. Attorney General (respondent)

Administrator, U.S. Drug Enforcement Administration (respondent)

Brett, Derek Benjamin (counsel for petitioner)

The Burnside Law Group (petitioner's counsel's law firm)

Phillips, Andrew Brian (counsel for petitioner)

A. Brian Phillips PA (petitioner's counsel's law firm)

Sturgill Jr., Lowell V. (counsel for respondents)

Stern, Mark B. (counsel for respondents)

Harris, Julie Strauss (counsel for defendants in CA11 No. 22-11072)

Hancock, Kevin P. (counsel for defendants in CA11 No. 22-11072)

Gaffney, Michael James (counsel for defendants in CA11 No. 22-11072)

United States Department of Justice

Submitted this 5th day of May, 2022.

s/s Lowell V. Sturgill Jr.
Lowell V. Sturgill Jr.
*Attorney, Civil Division*
*Appellate Staff, Room 7241*
*U.S. Department of Justice*
*950 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20530*
*Counsel for Respondents*
