# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) No. 22-11052 ) |
| U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |

## MOTION TO STAY FILING OF ADMINISTRATIVE RECORD PENDING RESOLUTION OF RESPONDENTS' MOTION TO DISMISS PETITION FOR REVIEW

Mark Stern
 (202) 514-5089
Lowell V. Sturgill Jr.
 (202) 514-3427
 *Attorneys, Civil Division*
 *Appellate Staff, Room 7241*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue, N.W.*
 *Washington, D.C. 20530*

*SOUL QUEST CHURCH OF MOTHER EARTH, INC. ET AL. V. U.S. DRUG ENFORCEMENT ADMINISTRATION, ET AL.*, NO. 22-11052 (11TH CIR.)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for respondents U.S. Drug Enforcement Administration; U.S. Attorney General; and Administrator, U.S. Drug Enforcement Administration hereby certify that the following have an interest in the outcome of this appeal:

Soul Quest Church of Mother Earth, Inc. (petitioner)

Young, Christopher (petitioner)

U.S. Drug Enforcement Administration (respondent)

U.S. Attorney General (respondent)

Administrator, U.S. Drug Enforcement Administration (respondent)

Brett, Derek Benjamin (counsel for petitioner)

The Burnside Law Group (petitioner's counsel's law firm)

Phillips, Andrew Brian (counsel for petitioner)

A. Brian Phillips PA (petitioner's counsel's law firm)

Sturgill Jr., Lowell V. (counsel for respondents)

Stern, Mark B. (counsel for respondents)

C-1 of 2

Harris, Julie Strauss (counsel for defendants in CA11 No. 22-11072)

Hancock, Kevin P. (counsel for defendants in CA11 No. 22-11072)

Gaffney, Michael James (counsel for defendants in CA11 No. 22-11072)

United States Department of Justice

    Submitted this 5th day of May, 2022.

                                            <u>s/s Lowell V. Sturgill Jr.</u>
                                            Lowell V. Sturgill Jr.
                                              *Attorney, Civil Division*
                                              *Appellate Staff, Room 7241*
                                              *U.S. Department of Justice*
                                              *950 Pennsylvania Avenue, N.W.*
                                              *Washington, D.C. 20530*
                                              *Counsel for Respondents*

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____
                                    )
SOUL QUEST CHURCH OF MOTHER         )
  EARTH, INC., *et al.*,            )
                                    )
    Petitioners,                    )
                                    )
    v.                              )    No. 22-11052
                                    )
U.S. DRUG ENFORCEMENT               )
  ADMINISTRATION, *et al.*,         )
                                    )
    Respondents.                    )
_____)

## MOTION TO STAY FILING OF ADMINISTRATIVE RECORD PENDING RESOLUTION OF RESPONDENTS' MOTION TO DISMISS PETITION FOR REVIEW

Pursuant to Federal Rule of Appellate Procedure 27 and Eleventh Circuit Rule 27-1, respondents respectfully request the Court to stay the required filing of the administrative record until 30 days after the Court rules on respondents' motion to dismiss the Petition for Review, also filed in this Court today. The grounds for this motion are set forth below.

1.    Petitioners filed the Petition for Review on April 4, 2022. By letter of April 18, 2022, the Clerk's Office directed respondents to file the administrative record within 40 days after being served with the Petition.

2.      Respondents respectfully request the Court to stay that requirement until 30 days after the Court rules on respondents' motion to dismiss. Compiling the administrative record will require substantial efforts by the Drug Enforcement Administration, which is already overburdened by numerous litigation responsibilities in other cases.

These reasons support staying the requirement that respondents file the administrative record until 30 days after the Court rules on respondents' motion to dismiss. A stay would preserve the agency's scarce litigation resources, and not cause any material delay even if the Court were to deny respondents' motion to dismiss or refer that motion to the merits panel. Petitioners have authorized us to represent that they object to this motion.

Respectfully submitted,

Mark Stern
 (202) 514-5089
s/s Lowell V. Sturgill Jr.
Lowell V. Sturgill Jr.
 (202) 514-3427
  *Attorneys, Civil Division*
  *Appellate Staff, Room 7241*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue, N.W.*
  *Washington, D.C. 20530*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(e)(1)(E) and the type-volume limitations of Federal Rule of Appellate Procedure 27(e)(2). The motion contains 227 words as calculated by Microsoft Word, and has been prepared in a proportionally spaced typeface using Garamond 14-point type.

s/s Lowell V. Sturgill Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing motion on May 5, 2022, by use of the Court's CM/ECF system. Service will be made on counsel by that system.

s/s Lowell V. Sturgill Jr.