UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

SOUL QUEST CHURCH OF MOTHER
EARTH, INC., *et al.*

                Petitioners,

                                              Appeal No.: 22-11052

vs.

U.S. DRUG ENFORCEMENT
ADMINISTRATION, *et al.*,

                Respondents.
_____/

### PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME

COME NOW, Petitioners, SOUL QUEST CHURCH OF MOTHER EARTH, INC., and CHRISTOPHER YOUNG, by and through undersigned counsel, pursuant to Fed. R. App. P. 26(b), 11th Cir. R. 26-1 and 11th Cir. R. 27-1(a)(5) and hereby files his Unopposed Motion for Extension of Time, and for the reasons stated herein, request that this Court grant Appellant up to a maximum sixty (60) days to file their Responses in Opposition to Respondents' Motion to Stay Filing of Administrative Record Pending Resolution of Respondents' Motion to Dismiss Petition for Review (filed on May 5, 2022) and, separately, Respondents' Motion to Dismiss Petition for Review (also, filed on May 5, 2022), and as grounds therefore state as follows:

1

1. Pursuant to Fed. R. App. P. Rule 27(3)(A), the Petitioners' respective Responses in Opposition to the Respondents' Motions must be served on or before May 16, 2022.

2. Petitioners are requesting an extension of time of up to sixty (60) calendar days to file their Responses in Opposition.

3. Petitioners are requesting an extension of more than seven (7) calendar days.

4. Petitioners' requests is greater than seven (7) calendar days from the deadline for the Responses in Opposition to Respondents' Motions.

5. Petitioners state the following as good cause for the extension request:

   a. The undersigned lead counsel has been inundated with other federal and state, and international litigation matters making it difficult to balance review of and drafting in response to, the Respondents' Motions. These additional assignments include, but are not limited to, May 16, deadlines for the filing of an appellate brief before the 11th Circuit in a related matter, as well as another time-sensitive deadline before the Supreme Court of Nova Scotia, Canada; and

   b. This matter involves complex issues with unique facts.

   c. The instant Motion constitutes the first request for an extension of time.

6. Appellant will be substantially prejudiced if the relief requested herein is not granted because Appellant will be deprived of the opportunity to file with the Court their Responses in Opposition to the Respondents' Motions and assert any and all relevant arguments.

7. Due to the legal issues that must be addressed, and the perceived complexity of the issues, herein, the undersigned attorney reasonably requires an extension of up to sixty (60) days in order to satisfactorily complete the Responses in Opposition to the Respondents' May 5, 2022, Motions.

8. Absent extraordinary and unforeseen circumstances, the undersigned counsel stipulates that the instant Motion will constitute its only request for extension of time on this matter.

9. Pursuant to 11th Cir. R. 27-1(a)(5) on May 5, 2022, the undersigned lead counsel consulted with Counsel for Respondents, Lowell V. Sturgill, Jr., Esq. of the United States Department of Justice. Respondents' Counsel does not oppose the Petitioners' instant Motion.

WHEREFORE, the Petitioners respectfully request that the Court grant the Petitioners sixty (60) additional days to file their Responses in Opposition to the Respondents' Motions, as further specified, above.

Respectfully Submitted this 10th day of May, 2022.

| | |
|---|---|
| *s/Derek B. Brett, Esq.* | s/A. Brian Phillips, Esq. |
| **DEREK B. BRETT, ESQ.** | **A. BRIAN PHILLIPS, ESQ.** |
| Fla. Bar No. 0090750 | Fla. Bar No. 0067113 |
| **BURNSIDE LAW GROUP** | **A. BRIAN PHILLIPS, P.A.** |
| 202 Brownlow Avenue, Suite 400 | 912 Highland Avenue |
| Dartmouth, NS, Canada B3B 1T5 | Orlando, Florida 32803 |
| Telephone: (902) 468-3066 | Telephone: (407) 872-0777 |
| Telecopier: (902) 468-4803 | Telecopier: (407) 872-0704 |
| Email:dbb@burnsidelaw.net | Email: Brian.Phillips@Phillips-Law-Firm.com |
| Lead Counsel for Petitioners | Local Counsel for Petitioners |

# PETITIONERS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with Fed. R. App. P. 26.1, 11th Cir. R. 26.1-1, and 11th Cir. R. 26.1-3, the undersigned hereby certifies that the following persons and entities have an interest in the outcome of this case:

1. Barkley, Mary, former associate attorney at the firm of A. Brian Phillips, P.A. and former co-counsel for Petitioners;

2. Berger, Wendy W., United States District Court Judge;

3. Brett, Derek B., Attorney for Petitioners;

4. Gaffney, Michael James, United States Attorney for Respondent(s);

5. Hancock, Kevin P., Former Attorney for Respondent(s);

6. Irick, Daniel C., United States Magistrate Judge;

7. Phillips, Andrew Brian, attorney for Petitioners;

8. Straus-Harris, Julie, United States Attorney;

9. Sturgill, Lowell V., United States Attorney;

10. Young, Christopher, Petitioner;

11. Young, Verena, Officer and Member of Appellant, Soul Quest Church of Mother Earth, Inc., Petitioner.

5

No publicly traded company or corporation has an interest in the outcome of this appeal.

| | |
|---|---|
| *s/Derek B. Brett, Esq.* | *s/A. Brian Phillips, Esq.* |
| **DEREK B. BRETT, ESQ.** | **A. BRIAN PHILLIPS, ESQ.** |
| Fla. Bar No. 0090750 | Fla. Bar No. 0067113 |
| **BURNSIDE LAW GROUP** | **A. BRIAN PHILLIPS, P.A.** |
| 202 Brownlow Avenue, Suite 400 | 912 Highland Avenue |
| Dartmouth, NS, Canada B3B 1T5 | Orlando, Florida 32803 |
| Telephone: (902) 468-3066 | Telephone: (407) 872-0777 |
| Telecopier: (902) 468-4803 | Telecopier: (407) 872-0704 |
| Email:dbb@burnsidelaw.net | Email: Brian.Phillips@Phillips-Law-Firm.com |
| Lead Counsel for Petitioners | Local Counsel for Petitioners |

## **CERTIFICATE OF COMPLIANCE**

In accordance with Fed. R. App. P. 32(g)(1), I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 491 words according to Microsoft Word's word count, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

s/ A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No.: 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
Email:
Brian.Phillips@Phillips-Law-Firm.com
Local Counsel for Petitioners

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2022, I filed a copy of the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit via the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service on them will be accomplished by the CM/ECF system.

> s/ A. Brian Phillips
> **A. BRIAN PHILLIPS, ESQ.**
> Florida Bar No.: 0067113
> **A. BRIAN PHILLIPS, P.A.**
> 912 Highland Avenue
> Orlando, Florida 32803
> Telephone: (407) 872-0777
> Telecopier: (407) 872-0704
> Email:
> Brian.Phillips@Phillips-Law-Firm.com
> Local Counsel for Petitioners