IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11052-J
_____

SOUL QUEST CHURCH OF MOTHER EARTH,
INC.,
CHRISTOPHER YOUNG,

                                                    Petitioners,

versus

U.S. DRUG ENFORCEMENT ADMINISTRATION,
U.S. ATTORNEY GENERAL,
ACTING ADMINISTRATOR OF THE U.S. DRUG
ENFORCEMENT ADMINISTRATION,

                                                    Respondents.
_____

Petition for Review of a Decision of the
Drug Enforcement Agency
_____

ORDER:

       The Petitioner's Motion for Extension of Time to and including July 15, 2022, in which to file a response in opposition to the Respondent's Motion to Stay Filing Administrative Record Pending the Court's Resolution of Respondent's Motion to Dismiss the Petition for Review and separately, a Motion to Dismiss the Petition for Review, is GRANTED.

                                                      /s/ Robert J. Luck_____
                                                       UNITED STATES CIRCUIT JUDGE