# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*,  )<br><br>Petitioners,  )<br><br>v.  )<br><br>U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*,  )<br><br>Respondents.  ) | No. 22-11052 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS AND MOTION TO STAY FILING OF THE ADMINISTRATIVE RECORD**

Mark Stern
 (202) 514-5089
Lowell V. Sturgill Jr.
 (202) 514-3427
 *Attorneys, Civil Division*
 *Appellate Staff, Room 7241*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue, N.W.*
 *Washington, D.C. 20530*

***SOUL QUEST CHURCH OF MOTHER EARTH, INC. ET AL. V. U.S. DRUG ENFORCEMENT ADMINISTRATION, ET AL.*, NO. 22-11052 (11TH CIR.)**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for respondents U.S. Drug Enforcement Administration; U.S. Attorney General; and Administrator, U.S. Drug Enforcement Administration hereby certify that the following have an interest in the outcome of this appeal:

Soul Quest Church of Mother Earth, Inc. (petitioner)

Young, Christopher (petitioner)

U.S. Drug Enforcement Administration (respondent)

U.S. Attorney General (respondent)

Administrator, U.S. Drug Enforcement Administration (respondent)

Brett, Derek Benjamin (counsel for petitioner)

The Burnside Law Group (petitioner's counsel's law firm)

Phillips, Andrew Brian (counsel for petitioner)

A. Brian Phillips PA (petitioner's counsel's law firm)

Sturgill Jr., Lowell V. (counsel for respondents)

Stern, Mark B. (counsel for respondents)

Harris, Julie Strauss (counsel for defendants in CA11 No. 22-11072)

Hancock, Kevin P. (counsel for defendants in CA11 No. 22-11072)

Gaffney, Michael James (counsel for defendants in CA11 No. 22-11072)

United States Department of Justice

    Submitted this 5th day of May, 2022.

                                          <u>s/s Lowell V. Sturgill Jr.</u>
                                          Lowell V. Sturgill Jr.
                                            *Attorney, Civil Division*
                                            *Appellate Staff, Room 7241*
                                            *U.S. Department of Justice*
                                            *950 Pennsylvania Avenue, N.W.*
                                            *Washington, D.C. 20530*
                                            *Counsel for Respondents*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, <br><br> Petitioners, <br><br> v. <br><br> U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*, <br><br> Respondents. | No. 22-11052 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS AND MOTION TO STAY FILING OF ADMINISTRATIVE RECORD

On May 5, 2022, respondents filed a motion to dismiss the petition for review and a separate motion requesting the Court to stay the filing of the administrative record until 30 days after the Court rules on respondents' motion to dismiss. Plaintiffs filed a response to both motions on July 7, 2002. A reply to that response is currently due July 14, 2022.

Due to the extraordinary press of other litigation responsibilities, respondents respectfully request the Court to extend the time for filing a reply to the response to respondents' motions to dismiss and to stay the filing of the administrative record until August 22, 2022.

Counsel for respondents, Lowell V. Sturgill Jr., is currently drafting the government's opening brief in *Doster v. Kendall*, No. 22-3497 (6th Cir.), which is due July 25, 2022. Mr. Sturgill also is lead counsel for the defendants in *Soul Quest v. Attorney General*, No. 22-11072 (11th Cir.), which is related to the present matter. The government's brief in that case is due on August 15, 2022. In addition, Mr. Sturgill is lead counsel for the government in *Pritchard v. United States*, No. 22-1386 (6th Cir.). The appellant's opening brief in that case is due to be filed on July 28, 2022, with the government's brief due August 29, 2022. For these reasons, Mr. Sturgill will need an extension until August 22, 2022, to file the aforementioned reply in this matter.

Petitioners have authorized us to represent that they do not object to this motion for an extension of time.

For the foregoing reasons, respondents respectfully request an extension of time until August 22, 2022, to file a reply to petitioners' response to respondents' motions to dismiss and for a stay of the filing of the administrative record.

> Respectfully submitted,
>
> Mark Stern
>   (202) 514-5089
> <u>s/s Lowell V. Sturgill Jr.</u>
> Lowell V. Sturgill Jr.
>   (202) 514-3427
>   *Attorneys, Civil Division*
>   *Appellate Staff, Room 7241*
>   *U.S. Department of Justice*
>   *950 Pennsylvania Avenue, N.W.*
>   *Washington, D.C. 20530*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(e)(1)(E) and the type-volume limitations of Federal Rule of Appellate Procedure 27(e)(2). The motion contains 293 words as calculated by Microsoft Word, and has been prepared in a proportionally spaced typeface using Garamond 14-point type.

<u>s/s Lowell V. Sturgill Jr.</u>

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing motion on July 8, 2022, by use of the Court's CM/ECF system. Service will be made on counsel by that system.

s/s Lowell V. Sturgill Jr.