IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11052-J

_____

SOUL QUEST CHURCH OF MOTHER EARTH,
INC.,
CHRISTOPHER YOUNG,

                                                                        Petitioners,

versus

U.S. DRUG ENFORCEMENT ADMINISTRATION,
U.S. ATTORNEY GENERAL,
ACTING ADMINISTRATOR OF THE U.S. DRUG
ENFORCEMENT ADMINISTRATION,

                                                                        Respondents.

_____

Petition for Review of a Decision of the
Drug Enforcement Agency

_____

ORDER:

        The Respondent's motion for extension of time to and including August 22, 2022, in which

to file a reply to the response to the motion to dismiss and motion to stay filing the administrative

record is GRANTED.


                                                           _/s/ Robert J. Luck_____
                                                           UNITED STATES CIRCUIT JUDGE