IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-11052-J

SOUL QUEST CHURCH OF MOTHER EARTH,
INC.,
CHRISTOPHER YOUNG,

                                                                                            Petitioners,

versus

U.S. DRUG ENFORCEMENT ADMINISTRATION,
U.S. ATTORNEY GENERAL,
ACTING ADMINISTRATOR OF THE U.S. DRUG
ENFORCEMENT ADMINISTRATION,

                                                                                            Respondents.

Petition for Review of a Decision of the
Drug Enforcement Agency

Before: WILSON, JORDAN, and LUCK, Circuit Judges.

BY THE COURT:

The issues identified in the jurisdictional question are CARRIED WITH THE CASE. A final determination regarding jurisdiction will be made by the panel to whom this case is submitted after briefing on the merits is completed. In their merits briefing, the parties are not required to discuss the jurisdictional issue in great detail, but they may address it as they deem necessary or appropriate. Respondents' motion to stay the filing of the administrative record is GRANTED. Respondents shall file the administrative record within thirty days of this order.