# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

September 16, 2022

Derek Benjamin Brett
The Burnside Law Group
202 BROWNLOW AVE STE 400
DARTMOUTH, NOVA SCOTIA, B3B1T5
CANADA

Andrew Brian Phillips
A. Brian Phillips, PA
912 HIGHLAND AVE
ORLANDO, FL 32803

Appeal Number: 22-11052-J
Case Style: Soul Quest Church of Mother Earth, Inc., et al v. U.S. Drug Enforcement Administration, et al
Agency Docket Number: 0

The jurisdictional question(s) earlier raised will be carried with the case.

The parties shall address the jurisdictional issue(s) in their briefs.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

JUR-2 JQ carried with case