# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) No. 22-11052 ) |
| U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*, | ) ) ) |
| Respondents. | ) ) |

## CERTIFIED INDEX OF RECORD

Mark Stern
 (202) 514-5089
Lowell V. Sturgill Jr.
 (202) 514-3427
 *Attorneys, Civil Division*
 *Appellate Staff, Room 7241*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue, N.W.*
 *Washington, D.C. 20530*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | )  No. 22-11052 ) |
| U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*, | ) ) ) |
| Respondents. | ) ) |

**CERTIFIED INDEX TO ADMINISTRATIVE RECORD**

In accordance with Rule 17 of the Federal Rules of Appellate Procedure, the undersigned, Matthew J. Strait, Deputy Assistant Administrator, Diversion Control Division, Drug Enforcement Administration (DEA), United States Department of Justice (DOJ), certifies the following to be a list of all available documents, exhibits and other materials comprising the administrative record in the matter under review in this case:

| Description | Date |
|---|---|
| Decision Letter from William C. McDermott, then-Assistant Administrator, Diversion Control Division, to Christopher Young | April 16, 2021 |
| DEA-6, "Receipt of Additional Information from Tiffany Kennedy Regarding Soul Quest Church of Mother Earth Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" and 6 attachments:<br>• Initial Email from Tiffany Kennedy<br>• Document attached to initial email containing pictures and copies of phone messages<br>• Warrior Quest USA April 2021 Newsletter<br>• Warrior Quest USA December 2020 Newsletter<br>• Warrior Quest USA Invites and Announcements from January 2021 | April 16, 2021 |

1

| | |
|---|---|
| • Warrior Quest USA Announcements Invites and Reminders for December | |
| DEA-6, "Interview of Tiffany Kennedy Regarding Soul Quest Church of Mother Earth Inc., 1371 Hancock Lone Palm Road, Orlando FL" and 2 attachments:<br>• Email from Justin Smith<br>• Warrior Quest Newsletter | April 2, 2021 |
| Letter from Brian P. Akers, PhD to Thomas Prevoznik, Deputy Assistant Administrator, Diversion Control Division | March 16, 2021 (appx. received date) |
| DEA-6, "Interview of Jessica Underwood Regarding Soul Quest Church of Mother Earth Inc., 1371 Hancock Lone Palm Road, Orlando FL" | February 20, 2021 |
| DEA-6, "Intelligence Regarding Calls for Service and Police Reports Related to Soul Quest Church of Mother Earth Inc., 1371 Hancock Lone Palm Road" and 3 attachments:<br>• Orange County Sheriff's Office Police Report – Jessica Underwood<br>• Report for Calls of Service<br>• Orange County Sheriff's Office Police Reports | February 20, 2021 |
| DEA-6, "Interviews of Soul Quest Church of Mother Earth Inc. Personnel and Leadership regarding the use of Ayahuasca" and 15 attachments:<br>• Sunbiz printout for Soul Quest Church of Mother Earth, Inc.<br>• USDA Paperwork<br>• Copy of Lease for Lone Palm property<br>• Retreat Schedule<br>• Medical Form-Begley<br>• Begley Police Report<br>• Safety Protocols<br>• Security Self Storage Lease<br>• Blank copy of log book page<br>• Photos of labels and boxes from Waking Herbs<br>• Copies of written policies for storage of Ayahuasca<br>• Diagram of grounds<br>• Photos of drug room<br>• Photos of Storage Unit facility<br>• ADT Alarm Contract | February 19, 2021 |
| DEA-6, "Interviews of Christopher J. Young, Verena Young and Dr. Scott Irwin of Soul Quest Church of Mother Earth Inc." and 3 attachments:<br>• Copy of proposed ADT Alarm Contract<br>• Letter from Attorney Brian Phillips with 79 pages of documents<br>• Medical Team Protocol | February 18, 2021 |

| | |
|---|---|
| DEA-6, "Intelligence Regarding Issuance of Subpoena to Netflix Inc. for Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL" | February 16, 2021 |
| DEA-6, "Issuance of Subpoena to Mailbox Shipping & More Regarding Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" and attachment:<br>• Administrative Subpoena – Mailbox Shipping & More | February 12, 2021 |
| DEA-6, "Issuance of Subpoena to AdventHealth Regarding Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" and attachment:<br>• Administrative Subpoena - AdventHealth | February 12, 2021 |
| Deposition Transcript of Christopher Young, *Begley v. Soul Quest Church of Mother Earth d/b/a Soul Quest Ayahuasca Church of Mother Earth Retreat & Wellness Center, et al.*, Case No, 2020-CA-003387-0 (9th Jud. Cir., Orange County, Fla.). | January 29, 2021 |
| DEA-6, "Issuance of Subpoena to Netflix Inc. Regarding Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" and attachment:<br>• Administrative Subpoena – Netflix | January 8, 2021 |
| DEA-6, "Case Status for Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" | December 3, 2020 |
| Guidance Regarding Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Freedom Restoration Act (Revised) | November 20, 2020 |
| DEA-6, "Case Status for Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" | September 9, 2020 |
| Letter from William Chapman, Attorney for Personal Representative of Begley Estate, to Kevin P. Hancock, Esq., U.S. Department of Justice, Civil Division, Federal Programs (cc: Thomas Prevozknik, Deputy Assistant Administrator, DEA) with Exhibits A-U<br>• Complaint for Wrongful Death<br>• Report of Autopsy<br>• Foundation Declaration for Soul Quest Church of Mother Earth DBA Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center<br>• Soul Quest, Our Team/Our Services and What to Expect<br>• Soul Quest, Code of Ethics<br>• Ayahuasca Manifesto<br>• Medical Guidelines<br>• Sunbiz.org, Discover Iboga LLC<br>• Sunbiz.org, Discover Iboga Church of America Inc.<br>• Excerpts from ibogausa.org<br>• September 23, 2019 Facebook post, Soul Quest<br>• Sunbiz.org, World Psychedelic Retreats LLC<br>• Soul Quest, Information About our Weekend Retreats | August 24, 2020 |

3

| | |
|---|---|
| • Soul Quest, Frequently Asked Questions – What other treatment/Services does the church offer?<br>• Soul Quest, Frequently Asked Questions – Why do I have to become a member of the church prior to attending a Sacred Plant Medicine Ceremony?<br>• Soul Quest, Ayahuasca Retreat Prices<br>• Soul Quest, Ayahuasca Retreat Prices Pt. 2<br>• Soul Quest, Ayahuasca Retreat Prices Pt. 3<br>• Soul Quest, Cancellation Policy<br>• Soul Quest, Life Changing Ayahuasca Retreats<br>• Soul Quest, Accommodations | |
| James Graumlich, Group Supervisor, DEA Orlando District Office, Handwritten Notes from Soul Quest Site Visit | August 20, 2020 |
| Netflix, (Un)Well, Episode 5, "Ayahuasca" | August 12, 2020 (air date) |
| Letter from Derek B. Brett, Esq. and A. Brian Phillips, Esq. on behalf of Soul Quest Church of Mother Earth Inc. with attachments:<br>• Supplemental Description of Services<br>• Safety, Security, and Storage Protocol<br>• Medical Protocols<br>• Ayahuasca Intake Form<br>• Emergency Action Plan | July 22, 2020 |
| Drug and Chemical Evaluation Section, Diversion Control Division, "Ayahuasca: Risks to Public Health and Safety" | July 2020 |
| DEA-6, "Case Status for Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" | June 8, 2020 |
| DEA-6, "Change of Case Agent, Soul Quest Church of Mother Earth Inc." | June 2, 2020 |
| Letter from Thomas W. Prevoznik, Deputy Assistant Administrator, Diversion Control Division to Derek B. Brett, Esq. | May 29, 2020 |
| First Amended Complaint filed in *Soul Quest v Barr*, Case No. 6:20-cv-00701 (M.D. Fla.) (ECF No. 13), with exhibits | May 4, 2020 |
| Motion for Preliminary Injunction filed in *Soul Quest v Barr*, Case No. 6:20-cv-00701 (M.D. Fla.) (ECF No. 15), with exhibits | May 4, 2020 |
| DEA-6, "Case Status for Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL" | March 31, 2020 |
| DEA-6, "Interception and Seizure of DMT parcel intended for Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL" | January 24, 2020 |
| DEA-6, "Case Status for Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL" | December 16, 2019 |
| Chacruna Institute, "The Commodification of Ayahuasca: How Can We Do Better?" *available at* https://chacruna.net/the-commodification-of-ayahuasca-how-can-we-do-better/ | October 11, 2019 |

| | |
|---|---|
| Orange County Sheriff's Office Investigative Report, Case Number 2018-029907 (Victim - Brandon Kyle Begley) | October 2, 2018 |
| DEA 6, "TEPP designation for Soul Quest Church of Mother Earth Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" | September 19, 2019 |
| DEA-6, "Case Initiation for Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Road, Orlando FL 32828" | September 9, 2019 |
| Memorandum from then Attorney General Jeff Sessions, "Federal Law Protections for Religious Liberty" | October 6, 2017 |
| Letter from Derek B. Brett, Esq. on behalf of Soul Quest Church of Mother Earth, Inc., "RE: Request for Religious-Based Exemption to Controlled Substances Act" ("DEA Exemption Letter") and attachments:<br>• Ayahuasca Manifesto<br>• Foundation of Soul Quest<br>   o Articles of Incorporation<br>   o Fictitious Name<br>   o BZA Approval<br>   o IRS EIN<br>   o Meyers and IRS Test<br>• Safety and Security Protocol<br>• Code of Ethics<br>• Ceremonies<br>• Soul Quest Ceremonies Forms<br>• Ayahuasca Ceremony Guidelines<br>• Soul Quest Consent Forms<br>• Medical Forms<br>• Meds to Avoid<br>• Declaration Form<br>• Information About Weekend Retreats | August 21, 2017 |
| DEA 6, "Case Closing" | March 16, 2017 |
| DEA Form 48a, Disposition of Nondrug Evidence, Exhibits N-1 and N-2 | March 16, 2017 |
| DEA 6, "Conversation with Attorney Steven Sola from Narcotics and Dangerous Drugs Section, Department of Justice" | January 12, 2017 |
| DEA 6, "Chief Counsel VTC Call regarding Soul Quest Church of Mother Earth" | January 12, 2017 |
| DEA-6, "Acquisition of Non-Drug Exhibits N-1 and N-2 at the Orlando D.O., 300 International Pkwy, Heathrow FL, 32746 on 01-04-2017" | January 9, 2017 |
| DEA Form 7a, Acquisition of Nondrug Property Seizures, Exhibit No. N-1, N-2<br>• Exhibit N-1 (CD-ROM containing a copy of the website www.ayahuasca.org)<br>• Exhibit N-2 (CD-ROM containing a copy of the website www.ayahuasca.org) | January 9, 2017 |

| | |
|---|---|
| DEA 6, "Legal Counsel for Soul Quest" with attachment:<br>• Letter from Derek Brett, dated December 6, 2016 | December 21, 2016 |
| DEA-6, AUSA Denial to take case Soul Quest Church of Mother Earth Inc. mA | December 21, 2016 |
| Letter from Louis Milione, then Assistant Administrator Diversion Control, to Derek B. Brett, Esq. | December 21, 2016 |
| DEA-6, "Change of File Title, Soul Quest Church of Mother Earth, Inc. 1371 Hancock Lone Palm Road, Orlando FL" and attachment | December 19, 2016 |
| DEA-6, "Apparent use of Ayahuasca by Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Rd., Orlando FL 32828" and attachment:<br>• Printout from Facebook and the SoulQuest website | November 28, 2016 |
| DEA-6, "Letter to Soul Quest Church of Mother Earth Inc., 1371 Hancock Lone Palm Rd., Orlando, FL 32828" and attachments A-C:<br>• Letter (August 22, 2016)<br>• Corporate paperwork<br>• Comments from Go Fund Me page | August 26, 2016 |
| DEA-6, "Case Initiation; O.N.A.C. Somaveda of Soul Quest Inc., 1794 Laurel Brook Loop, Casselberry, FL 32707" | August 22, 2016 |
| Letter from Louis Milione, then Deputy Assistant Administrator Office of Diversion Control, to Oklevueha Native American Church Somaveda of Soul Quest, Inc." | August 1, 2016 |
| Letter from William Homsi to Christopher Young, Oklehueva Native American Church Somaveda of Soul Quest, Inc., re: Articles of Dissolution and Waivers of Meeting and Minutes of the Board of Directors and Members Special Meetings | July 29, 2016 |
| Internal Revenue Service Notification of Employer Identification Number to Soul Quest Church of Mother Earth, Inc. | July 14, 2016 |
| Chris Young Facebook Post and Comments, facebook.com/groups/ayahuascaworld | May 6, 2015 |
| Guidance Regarding Petitions for Religious Exemption from the Controlled Substances Act Pursuant to the Religious Freedom Restoration Act | 2009 |
| www.nativeamericanchurches.org | |

Dated: October 17, 2022

MATTHEW STRAIT
Digitally signed by MATTHEW STRAIT
Date: 2022.10.17 13:04:43 -04'00'

                                      Matthew J. Strait
                                      Deputy Assistant Administrator
                                        Diversion Control Division
                                        Drug Enforcement Administration

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing certified index of record on October 17, 2022, by use of the Court's CM/ECF system. Service will be made on counsel by that system.

s/s Lowell V. Sturgill Jr.