**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

October 20, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  22-11052-HH
Case Style:  Soul Quest Church of Mother Earth, Inc., et al v. U.S. Drug Enforcement Administration, et al
Agency Docket Number:  0

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Pursuant to Fed.R.App.P. 17, be advised that a certified list of documents comprising the record has been filed. PETITIONER'S BRIEF IS DUE November 29, 2022. PETITIONER'S APPENDIX IS DUE NO LATER THAN 7 DAYS AFTER FILING OF PETITIONER'S BRIEF.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

Please note that 11th Cir. R. 17-1 requires petitioner to obtain a certified copy of the portions of the record relied upon by the parties in their briefs, to be numbered and indexed, with a durable cover, and filed within twenty-one (21) days from the date of filing of respondent's brief.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide four (4) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist/aw, HH
Phone #: 404-335-6169

BR-4CIV Agency brfg ntc issued Rec Reqd