# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, <br><br> Petitioners, <br><br> v. <br><br> U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*, <br><br> Respondents. | No. 22-11052 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE BRIEF FOR RESPONDENTS

    Mark Stern
     (202) 514-5089
   Lowell V. Sturgill Jr.
     (202) 514-3427
    *Attorneys, Civil Division*
    *Appellate Staff, Room 7527*
    *U.S. Department of Justice*
    *950 Pennsylvania Avenue, N.W.*
    *Washington, D.C. 20530*

*SOUL QUEST CHURCH OF MOTHER EARTH, INC. ET AL. V. U.S. DRUG ENFORCEMENT ADMINISTRATION, ET AL.*, **NO. 22-11052 (11TH CIR.)**

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for respondents U.S. Drug Enforcement Administration; U.S. Attorney General; and Administrator, U.S. Drug Enforcement Administration hereby certify that the following have an interest in the outcome of this appeal:

Soul Quest Church of Mother Earth, Inc. (petitioner)

Young, Christopher (petitioner)

U.S. Drug Enforcement Administration (respondent)

U.S. Attorney General (respondent)

Administrator, U.S. Drug Enforcement Administration (respondent)

Brett, Derek Benjamin (counsel for petitioner)

The Burnside Law Group (petitioner's counsel's law firm)

Phillips, Andrew Brian (counsel for petitioner)

A. Brian Phillips PA (petitioner's counsel's law firm)

Sturgill Jr., Lowell V. (counsel for respondents)

Stern, Mark B. (counsel for respondents)

Harris, Julie Strauss (counsel for defendants in CA11 No. 22-11072)

Hancock, Kevin P. (counsel for defendants in CA11 No. 22-11072)

Gaffney, Michael James (counsel for defendants in CA11 No. 22-11072)

United States Department of Justice

    Submitted this 30th day of November, 2022.

                                           <u>s/s Lowell V. Sturgill Jr.</u>
                                           Lowell V. Sturgill Jr.
                                             *Attorney, Civil Division*
                                             *Appellate Staff, Room 7527*
                                             *U.S. Department of Justice*
                                             *950 Pennsylvania Avenue, N.W.*
                                             *Washington, D.C. 20530*
                                             *Counsel for Respondents*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

|  |  |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, <br><br> Petitioners, <br><br> v. <br><br> U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*, <br><br> Respondents. | No. 22-11052 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE BRIEF FOR RESPONDENTS

Pursuant to Federal Rule of Appellate Procedure 27, respondents hereby respectfully request the Court to extend the time for filing the brief for respondents in this matter by 30 days, to and including January 27, 2023. The grounds for this motion, which is unopposed, are set forth below.

1.    Petitioners filed their opening brief in this matter on November 28, 2022. Accordingly, the brief for respondents is currently due December 28, 2022.

2.    For the reasons explained below, the government will need an additional 30 days, to and including January 27, 2023, in which to file the brief for respondents.

First, we have been informed that several key government personnel who will need to contribute to and review the respondents' brief will be unavailable to do so by the current due date, due to holiday-related leave that cannot be rescheduled.

In addition, the Civil Appellate reviewer assigned to this matter, Mark Stern, has a number of other previously established litigation deadlines that require additional time for him to review and provide comments and direction regarding the respondents' brief here. Those deadlines include the government's appellee brief in *Brody v. Department of Justice*, No. 22-5043 (D.C. Cir.), due December 5, 2022; a supplemental brief in *Severino v. Biden*, No. 22-5047 (D.C. Cir.), due December 7, 2022; a reply brief in *Carroll v. Trump*, No. 22-SP-745 (D.C. Ct. App.), due December 15, 2022; the government's appellee brief in *Donovan v. Vance*, No. 22-35474 (9th Cir.), due December 23, 2022; and appellee briefs due December 23, 2022, in *Black Lives Matter v. Barr*, No., 22-5139 (D.C. Cir.), and *Buchanan v. Trump*, No. 22-5133 (D.C. Cir.).

In addition, the Civil Division attorney who has been assigned primary responsibility for preparing and filing the respondents' brief here, Lowell V. Sturgill Jr., also is responsible during this time, among other matters, for preparing a memorandum for the Solicitor General regarding whether to appeal an adverse district court order in *Mohamed v. United States*, No. 1:20-cv-02516 (D. Col.). A notice of appeal would be due in that matter by December 23, 2022. Mr. Sturgill also will be on leave from December 17-30, 2022, to attend to family matters that cannot be postponed.

3.    Petitioners have authorized us to represent that they do not object to this motion for an extension of time.

For the foregoing reasons, the government respectfully requests an extension of time of 30 days, to and including January 27, 2023, in which to file the brief for respondents in this matter.

Respectfully submitted,

Mark Stern
 (202) 514-5089
s/s Lowell V. Sturgill Jr.
Lowell V. Sturgill Jr.
 (202) 514-3427
 *Attorneys, Civil Division*
 *Appellate Staff, Room 7527*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue, N.W.*
 *Washington, D.C. 20530*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(e)(1)(E) and the type-volume limitations of Federal Rule of Appellate Procedure 27(e)(2). The motion contains 398 words as calculated by Microsoft Word, and has been prepared in a proportionally spaced typeface using Garamond 14-point type.

s/s Lowell V. Sturgill Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing motion on November 30, 2022, by use of the Court's CM/ECF system. Service will be made on counsel by that system.

s/s Lowell V. Sturgill Jr.